| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Miner, Roger J | 2. Court or Organization<br><br>U.S. Court of Appeals | 3. Date of Report<br><br>4/25/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Senior) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,  Date<br><br>◯ Initial  ⦿ Annual  ◯ FInal | 6. Reporting Period<br><br>1/1/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>445 Broadway, Room 414<br>Albany, NY 12207 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/05 | N.Y.S. Employees' Retirement System - Pension | 16,434.48 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miner, Roger J | 4/25/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alltel Corp. | A | Dividend | J | T | | | | | |
| 2. Amerada Hess Corp. | A | Dividend | K | T | | | | | |
| 3. American Electric Power Co. | A | Dividend | J | T | | | | | |
| 4. AT&T Inc. (After Merger with SBC) | A | Dividend | L | T | Merger SBC | 11/18 | | | |
| 5. Bank of America (formerly Fleet Boston Corp.) | D | Dividend | M | T | | | | | |
| 6. Bell South | B | Dividend | L | T | | | | | |
| 7. CH Energy Group, Inc. (form. Central Hudson Gas & Electric) | A | Dividend | K | T | | | | | |
| 8. Comcast | | None | K | T | | | | | |
| 9. Exxon Mobil Corp. (formerly Exxon Corporation) | D | Dividend | O | T | | | | | |
| 10. First Energy (formerly Centerior Energy) | B | Dividend | K | T | | | | | |
| 11. Fort Dearborn Income Securities | A | Dividend | J | T | | | | | |
| 12. Gencorp Inc. | | None | J | T | | | | | |
| 13. GETECH | A | Dividend | K | T | | | | | |
| 14. (The) Hartford Financial Services Group, Inc. | A | Dividend | K | T | | | | | |
| 15. I.B.M. | A | Dividend | L | T | | | | | |
| 16. I.T.T. Industries, Inc. (formerly ITT) | A | Dividend | J | T | | | | | |
| 17. Key Corp. | D | Dividend | M | T | | | | | |
| 18. MetLife | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J = $15,000 or less  K = $15,001-$50,000  L = $50,000-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2) Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Miner, Roger J | 4/25/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. National Grid Group (formerly Niagara Mohawk) | B | Dividend | J | T | | | | | |
| 20. NCR (Spinoff from AT&T) | | None | J | T | | | | | |
| 21. Omnova Solutions, Inc. (Spinoff from Gencorp) | | None | J | T | | | | | |
| 22. P.S.E.G. Inc. | A | Dividend | J | T | | | | | |
| 23. Qwest Comm. International Inc. (form. U.S. West, Inc.) | | None | J | T | | | | | |
| 24. Rayonier (spinoff from ITT) | | None | K | T | | | | | |
| 25. Ryerson Tull (formerly Inland Steel Co.) | A | Dividend | J | T | | | | | |
| 26. SBC Communications Group (form. S.W. Bell & Pacific) Telesis See AT&T Inc. | C | Dividend | | | Merger AT&T | 11/18 | | | |
| 27. Southern Co. (The) | B | Dividend | K | T | | | | | |
| 28. Sprint-Nextel (form. SprintFON) (Combined with Sprint-PCS) | A | Dividend | K | T | | | | | |
| 29. Starwood Hotels & Resorts (formerly ITT Corporation) | A | Dividend | J | T | | | | | |
| 30. SPX Corp. (form. General Signal Corp.) | A | None | K | T | | | | | |
| 31. TXU(form Texas Utilities Co.)(spinoff fr. Enserch Corp) | | None | J | T | | | | | |
| 32. Verizon Commun. (formerly G.T.E. Corp. & Bell Atlantic) | D | Dividend | L | T | | | | | |
| 33. Vodafone Airtouch PLC | A | Dividend | K | T | | | | | |
| 34. Alliance Capital A -Growth & Income Fund | A | Div/Cap Gain | L | T | | | | | |
| 35. Black Rock Large Capital Equity Fund (form. State St. Inv.) | B | Div/Cap Gain | L | T | | | | | |
| 36. Century Shares Trust | C | Div/Cap Gain | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miner, Roger J | 4/25/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior diselosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Dreyfus Fund (KEOGH PLAN) | E | Div/Cap Gain Distrib. | N | T | | | | | |
| 38. Midas Spec. Equities Fund(form Bull & Bear Special Equities) | | None | J | T | | | | | |
| 39. Neuberger-Berman Manhattan Fund | | None | K | T | | | | | |
| 40. Oppenheimer Bond Fund Class A | A | Div/Cap Gain | J | T | | | | | |
| 41. River Source (RVS Balanced Fund)(form.AXP Mutual Fund) | A | Div/Cap Gain | K | T | | | | | |
| 42. River Source (RVS Stock Fund) (form. AXP Stock Fund) | A | Div/Cap Gain | K | T | | | | | |
| 43. Robeco Fund (formerly Weiss Peck Greer-WPG Fund, Inc.) | | None | K | T | | | | | |
| 44. Salomon Bros. Investors Fund/Value O | C | Div/Cap Gain | M | T | | | | | |
| 45. T.E. Securities Trust Series #19 | A | Interest | J | T | | | | | |
| 46. Municipal Bond Fund Series #37 | A | Interest | J | T | | | | | |
| 47. Franklin New York Tax Free A Income Fund | B | Interest | L | T | | | | | |
| 48. Oppenheimer-Rochester Fund Municipals-Class A | A | Interest | J | T | | | | | |
| 49. Key Bank, N.A. (various accounts, including IRAs) | B | Int/Distrib | M | T | | | | | |
| 50. McDonald Investments Victory Prime (form. Prudential-Bache) | A | Interest | J | T | | | | | |
| 51. U.S. Savings Bonds | C | Interest | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date _April 25, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544